**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: USA v. Resendez          Case Number: 1:22-cr-00395

An appearance is hereby filed by the undersigned as attorney for:

EDSON RESENDEZ

Attorney name (type or print): JAMES G. VANZANT

Firm: BLAINE & VANZANT, LLP

Street address: 922 DAVIS STREET

City/State/Zip: EVANSTON, IL 60201

Bar ID Number: 6304196          Telephone Number: 312-788-7584
(See item 3 in instructions)

Email Address: JGV@BLAINEVANZANT.COM

Are you acting as lead counsel in this case?          ☑ Yes    ☐ No

Are you acting as local counsel in this case?          ☐ Yes    ☑ No

Are you a member of the court's trial bar?          ☑ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?          ☑ Yes    ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☑ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☑ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/30/2023

Attorney signature: S/ JAMES G. VANZANT
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015