# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Edson Resendez, et al.

Defendant.

Case No.: 1:22−cr−00395
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 25, 2024:

MINUTE entry before the Honorable John F. Kness as to Edson Resendez: Due to a change in the Court's schedule and by agreement of the parties, the status hearing set for 8/28/2024 is stricken and reset for 9/9/2024 at 10:30 A.M. Time is excluded without objection from 8/28/2024 through and including 9/9/2024 under 18 U.S.C. 3161(h)(7) to serve the ends of justice. Excluding time will allow the parties to continue discovery review. Such delay outweighs the interests of the public and the Defendant in a speedy trial. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.